IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ARBORMETRICS SOLUTIONS, INC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00502 SWW |
| | * | |
| SUPERIOR FORESTRY SERVICE INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |

**Order of Dismissal**

Upon the joint motion to dismiss this action with prejudice, stating that all issues in this matter have been settled,

IT IS THEREFORE ORDERED that the above-entitled action hereby is dismissed with prejudice.

DATED this 13th day of September, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE