IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ARBORMETRICS SOLUTIONS, INC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00502 SWW |
| | * | |
| SUPERIOR FORESTRY SERVICE INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |

**Amended Order of Dismissal**

Upon the joint motion to dismiss with prejudice,

IT IS THEREFORE ORDERED that the complaint and counter-claim in the above-entitled action hereby are dismissed with prejudice.

DATED this 14th day of September, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE